Beth W. Mora, CSB NO. 208859
COOPER & MORA, A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California 94583
Telephone: (925) 820-8949
Facsimile: (925) 820-0278

Attorney for Plaintiff/Cross-Defendant CHARLES SPATAFORE


Daniel S. Mason, CSB NO. 540650
Jose M. Umbert, CSB NO. 227318
Zelle Hofmann Voelbel & Mason, LLP
44 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415)693-0700
Facsimile: (415)693-0770

Attorneys for Defendant/Cross-Plaintiff EPI PRINTERS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES SPATAFORE, | Case No. C 09-05950 CRB |
| Plaintiff, | *AMENDED* **JOINT STIPULATION CONTINUING PLAINTIFF/CROSS-DEFENDANT'S TIME TO FILE AN ANSWER/RESPONSE TO DEFENDANT/CROSS-PLAINTIFF'S COUNTERCLAIM** |
| v. | |
| EPI PRINTERS, INC.; a Michigan Corporation; and Does 1-50, | |
| Defendants. | |

The parties to the above-entitled action jointly submit this Joint Stipulation and Proposed Order Continuing Plaintiff/Cross Defendant's Time to file an Answer/Response to Defendant/Cross-Plaintiff's Counterclaim in this matter.

WHEREAS Defendant/Cross-Plaintiff filed an Answer and Counterclaim on December 23, 2009;

WHEREAS the parties are engaging in settlement discussions and have agreed that the time by which Plaintiff/Cross-Defendant must file an Answer/Response to the Counterclaim be extended until February 8,

2010.

WHEREAS the Case Management Conference is scheduled for March 26, 2010 at 8:30 a.m.;

THEREFORE the parties jointly agree an extension to Answer/Respond to the Counterclaim will not be detrimental to the calendar at hand; and,

THEREFORE the parties jointly agree to extend Plaintiff/Cross-Defendant's time to Answer/Respond to Monday, February 8, 2010.

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

DATED: January 22, 2010     By:     _____/s/_____
Beth W. Mora
COOPER & MORA, A Professional Corporation
Attorneys for Plaintiff

DATED: January 22, 2010     By:     _____/s/_____
Daniel S. Mason
Jose M. Umbert
Zelle Hofmann Voelbel & Mason, LLP
Attorneys for Defendants

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFF/CROSS-DEFENDANT'S TIME TO ANSWER
CASE NO. C 09-05950 CRB    2