1  Beth W. Mora, CSB NO. 208859
   COOPER & MORA, A Professional Corporation
2  18 Crow Canyon Court, Suite 145
   San Ramon, California  94583
3  Telephone:  (925) 820-8949
   Facsimile:  (925) 820-0278
4
   Attorney for Plaintiff/Cross-Defendant CHARLES SPATAFORE
5

6
   Daniel S. Mason, CSB NO. 540650
7  Jose M. Umbert, CSB NO. 227318
   Zelle Hofmann Voelbel & Mason, LLP
8  44 Montgomery Street, Suite 3400
   San Francisco, California 94104
9  Telephone: (415)693-0700
   Facsimile: (415)693-0770
10
   Attorneys for Defendant/Cross-Plaintiff EPI PRINTERS, INC.
11

12
                         **UNITED STATES DISTRICT COURT**
13
                         **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16 | CHARLES SPATAFORE,            )  Case No.  C 09-05950 CRB
                                  )
17 |         Plaintiff,            )  *AMENDED* **JOINT STIPULATION**
   | v.                            )  **CONTINUING PLAINTIFF/CROSS-**
18 |                               )  **DEFENDANT'S TIME TO FILE AN**
   | EPI PRINTERS, INC.;  a Michigan Corporation; and)  **A N S W E R / R E S P O N S E    T O**
19 | Does 1-50,                    )  **DEFENDANT/CROSS-PLAINTIFF'S**
   |                               )  **COUNTERCLAIM**
20 |         Defendants.           )
   | _____)
21

22
        The parties to the above-entitled action jointly submit this Joint Stipulation and Proposed Order
23
   Continuing Plaintiff/Cross Defendant's Time to file an Answer/Response to Defendant/Cross-Plaintiff's
24
   Counterclaim in this matter.
25
        WHEREAS Defendant/Cross-Plaintiff filed an Answer and Counterclaim on December 23, 2009;
26
        WHEREAS the parties are engaging in settlement discussions and have agreed that the time by which
27
   Plaintiff/Cross-Defendant must file an Answer/Response to the Counterclaim be extended until February 8,
28

2010.

WHEREAS the Case Management Conference is scheduled for March 26, 2010 at 8:30 a.m.;

THEREFORE the parties jointly agree an extension to Answer/Respond to the Counterclaim will not be detrimental to the calendar at hand; and,

THEREFORE the parties jointly agree to extend Plaintiff/Cross-Defendant's time to Answer/Respond to Monday, February 8, 2010.

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

DATED: January 22, 2010           By:      _____/s/_____
                                           Beth W. Mora
                                           COOPER & MORA, A Professional Corporation
                                           Attorneys for Plaintiff

DATED: January 22, 2010           By:      _____/s/_____
                                           Daniel S. Mason
                                           Jose M. Umbert
                                           Zelle Hofmann Voelbel & Mason, LLP
                                           Attorneys for Defendants

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*