Beth W. Mora (State Bar No. 208859)
COOPER & MORA, A Professional
 Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone: (925) 820-8949
Facsimile:  (925) 820-0278
bmora@cooperlawoffice.com

Attorneys for Plaintiff
CHARLES SPATAFORE

Daniel S. Mason (State Bar No. 54065)
José M. Umbert (State Bar No. 227318)
ZELLE HOFMANN VOELBEL
 & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, California  94104
Telephone: (415) 693-0700
Facsimile:  (415) 693-0770
dmason@zelle.com
jumbert@zelle.com

Attorneys for Defendant
EPI PRINTERS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES SPATAFORE, ) | Case No.  C 09-05950 CRB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| EPI PRINTERS, INC.; and DOES 1-50, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, through their respective counsel, that this action, including all claims, counterclaims and causes of action, is dismissed in its entirety with prejudice.

///

1   IT IS SO STIPULATED.

2

3   Dated: February 17, 2010             /s/ *Beth W. Mora*
                                         Beth W. Mora (State Bar No. 208859)
4                                        COOPER & MORA, A Professional
                                           Corporation
5                                        18 Crow Canyon Court, Suite 145
                                         San Ramon, California  94583
6                                        Telephone: (925) 820-8949
                                         Facsimile:  (925) 820-0278
7                                        Attorneys for Plaintiff
                                         CHARLES SPATAFORE
8

9

10  Dated: February 17, 2010             /s/ *José M. Umbert*
                                         Daniel S. Mason (State Bar No. 54065)
11                                       José M. Umbert (State Bar No. 227318)
                                         ZELLE HOFMANN VOELBEL
12                                         & MASON LLP
                                         44 Montgomery Street, Suite 3400
13                                       San Francisco, CA  94104
                                         Telephone:  (415) 693-0700
14                                       Facsimile:  (415) 693-0770

15                                       Attorneys for Defendant
                                         EPI PRINTERS, INC.
16

17

18

19  Signed: June 21, 2010

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

-2-

3220293v1          STIPULATION OF DISMISSAL WITH PREJUDICE